IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| **vs.** | § § | SA-19-CR-00445-XR |
| **PAUL BARNARDO FIELDS** | § § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

On August 29, 2019, the Court held a hearing on Defendant's Motion to Modify Conditions of Release [#26]. Previously, the Court entered its Order Setting Conditions of Release of Defendant [#22]. One of the conditions, condition (n), requires Defendant to reside at a halfway house. By his motion, Defendant seeks to have this condition removed and that he instead be permitted to live with his brother. Pretrial Services has informed the Court that thus far, Defendant has complied with all conditions of pretrial release imposed by this Court. Based on this information, and the other information presented at the hearing, the Court now enters the following:

**IT IS ORDERED** that if Defendant remains compliant with all conditions of pretrial release, then on September 15, 2019, condition (n), which requires that Defendant reside at a halfway house, will be **REMOVED** and Defendant will be permitted to reside at the residence of his brother, Ricky Anderson, or another residence approved by Pretrial; and

**IT IS FURTHER ORDERED** that all other conditions previously imposed on July 11, 2019 [#22] **REMAIN** in full force and effect.

1

**IT IS SO ORDERED.**

SIGNED this 3rd day of September, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE